IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SXSW, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:21-CV-900-RP |
| FEDERAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Plaintiff SXSW, LLC's ("SXSW") ("Plaintiff") Motion for Partial Summary Judgment, (Dkt. 8), and Defendant Federal Insurance Company's ("Federal") Motion for Summary Judgment, (Dkt. 11). (R. & R., Dkt. 26). The Court's Order denied SXSW's partial motion for summary judgment, (Dkt. 8), and granted Federal's motion for summary judgment, (Dkt. 11). The Court dismissed SXSW's claims.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on September 29, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE