IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SXSW, LLC, | § | |
| *Plaintiff*, | § § § | Civil Action No. 1:21-CV-00900-RP |
| v. | § § | |
| FEDERAL INSURANCE COMPANY, | § § | |
| *Defendant*. | § § | |

## **PLAINTIFF SXSW, LLC'S NOTICE OF APPEAL**

Defendant SXSW, LLC, gives notice of its appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Final Judgment signed and filed on September 29, 2022 (Dkt. 32 & 33) and the underlying Report and Recommendation of the United States Magistrate Judge signed and filed May 24, 2022, (Dkt. 26) adopted by the District Court.

This Notice of Appeal is being filed within thirty (30) days of entry of the Final Judgment. Fed. R. App. P. 4(a)(1)(A).

Respectfully submitted,

By:  */s/ Peter D. Kennedy*
Peter D. Kennedy
Texas Bar No. 11296650
pkennedy@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764
(512) 536-9908 Fax

           David A. Gauntlett
           California Bar No. 96399 (*pro hac vice*)
           dag@gauntlettlaw.com
           Peter Q. Schluederberg
           California Bar No. 137995 (*pro hac vice*)
           pqs@gauntlettlaw.com
           Jodi D. Spencer-Johnson
           jds@gauntlettlaw.com
           OH Bar No. 0074139; MI Bar No. P64200 (*pro hac vice*)
           18400 Von Karman, Suite 300
           Irvine, California 92612
           (949) 533-1010
           (949) 553-2050 (Fax)

           ATTORNEYS FOR SXSW, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2022, the forgoing was served via the Court's CM/ECF notification system on:

Tony L. Draper
Avniel J. Adler
1001 McKinney, Suite 2000
Houston, Texas 77002

Paul F. Matousek
Walker Wilcox Matousek LLP
1 North Franklin, Suite 3200
Chicago, Illinois 60606

           */s/ Peter D. Kennedy*
           Peter D. Kennedy