UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SXSW, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:21-cv-00900-RP |
| | § | |
| FEDERAL INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT FEDERAL INSURANCE COMPANY'S NOTICE OF APPEAL

Defendant Federal Insurance Company gives notice of its cross-appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Final Judgment signed and filed on September 29, 2022 (Dkt. 32 & 33) and the underlying Report and Recommendation of the United States Magistrate Judge signed and filed on May 24, 2022 (Dkt. 26), which was adopted by the District Court.

Pursuant to Fed. R. App. P. 4(a)(3), this Notice of Appeal is being filed within fourteen (14) days of the Notice of Appeal by Plaintiff SXSW, LLC (Dkt. 35), which was filed on October 20, 2022.

Respectfully submitted,

**WALKER WILCOX MATOUSEK LLP**

*/s/ Tony L. Draper*
Tony L. Draper
State Bar No. 00798156
Avniel J. Adler
State Bar No. 24071933
1001 McKinney, Suite 2000
Houston, TX 77002
Telephone: (713) 343-6556
Facsimile: (713) 343-6571
tdraper@walkerwilcox.com
aadler@walkerwilcox.com

Paul F. Matousek
Illinois Bar No. 6196131
1 North Franklin, Suite 3200
Chicago, IL 60606
Telephone: (312) 244-6700
pmatousek@walkerwilcox.com

**COUNSEL FOR DEFENDANT
FEDERAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

On November 1, 2022, I electronically filed Defendant Federal Insurance Company's Notice of Appeal with the Clerk of the Court using the CM/ECF filing system. I certify that I have served all counsel of record electronically as authorized by FEDERAL RULE OF CIVIL PROCEDURE 5(b)(2).

*/s/ Tony L. Draper*
Tony L. Draper

2