**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **SXSW, LLC,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No.  1:21-CV-00900-RP-SH** |
| | § | |
| **FEDERAL INSURANCE COMPANY,** | § | |
| *Defendant* | § | |

## ORDER

On October 5, 2023, the United States Court of Appeals for the Fifth Circuit reversed the District Court's order granting summary judgment in favor of Defendant Federal Insurance Company and remanded the case for further proceedings. On June 5, 2024, the District Court referred all motions in this case to this Magistrate Judge for resolution or report and recommendation, pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

The parties, or counsel acting on their behalf, are **ORDERED** to appear before the Court for a Status Conference by telephone on **Monday, June 17, 2024 at 2 p.m.** The parties will receive instructions for the call from Courtroom Deputy Kieshonda Taylor. The parties should be prepared to discuss the current status of the case, including what claims remain for disposition.

**SIGNED** on June 10, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE