# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **SXSW, LLC,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 1:21-CV-00900-RP-SH |
| | § | |
| **FEDERAL INSURANCE COMPANY,** | § | |
| *Defendant* | § | |

## ORDER

The United States Court of Appeals for the Fifth Circuit reversed the District Court's order granting summary judgment in favor of Defendant Federal Insurance Company and remanded the case for further proceedings on March 21, 2024. Dkt. 52. The mandate issued May 24, 2024. *Id.*

On this day, the Court held a Status Conference to discuss what issues remain for disposition, and Plaintiff SXSW, LLC filed a Post-Remand Motion for Partial Summary Judgment (Dkt. 55).[1] The parties notified the Court during the Status Conference that they plan to engage in settlement discussions to try to resolve the issues remaining in this case.

As stated on the record, in the interest of efficiency, the Court **GRANTS** a stay of discovery, scheduling, and briefing deadlines under Local Rule CV-7 until **September 30, 2024**. Accordingly, Defendant Federal Insurance Company's response to Plaintiff's summary judgment motion is due **September 30, 2024**. Any reply brief will be due seven days after a response is filed.

**SIGNED** on June 17, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 5, 2024, the District Court referred all motions in this case to this Magistrate Judge for resolution or report and recommendation, pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules"). Dkt. 53.